UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 15-077-JLS |
| Plaintiff, | PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| JAMES L. CANEDO, | |
| Defendant. | |

Pursuant to the Stipulation and request of the parties filed in this matter on February 2, 2018, the Court hereby finds and orders as follows:

1.   On September 4, 2015, defendant James L. Canedo ("defendant Canedo") entered into an agreement to plead guilty to a single-count information that charged him with Conspiracy, in violation of 18 U.S.C. § 371.  Defendant Canedo further agreed to forfeit the proceeds he obtained as a result of the offense to which he entered the guilty plea.

2.   Defendant Canedo has stipulated to the entry of this Personal Money Judgment of Forfeiture (the "Money Judgment") in the amount of $633,091.

3.    The entry of this Money Judgment is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure and is part of the defendant's sentence.  Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4.    Pursuant to the stipulation, defendant Canedo expressly waived the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the personal money judgment of forfeiture.  Defendant further agreed to immediate entry of the Judgment, and that the personal money judgment of forfeiture shall become final as to defendant Canedo upon entry.

5.    This Money Judgment is part of the sentence imposed on defendant in this case.

6.    A money judgment in the amount of $633,091 is HEREBY ENTERED in favor of the United States of America and against defendant James L. Canedo.

7.    This Court shall retain jurisdiction for the purpose of enforcing this Money Judgment.

IT IS SO ORDERED.


February 6, 2018
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE


Presented by:


_____/s/_____
SCOTT D. TENLEY
Assistant United States Attorney